partment. February 6, 1900.) Action by Susie Smyth against Henry N. Schlick. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs, and judgment ordered for the defendant, with costs.

In re SPRAGUE. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) In the matter of the final judicial settlement of the account of Edward Sprague, as administrator, etc., of David H. Journeay, deceased. No opinion. Motion granted. See 57 N. Y. Supp. 1128.

SPRAGUE, Respondent, v. ELGELBRECHT et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1900.) Action by Susan A. Sprague against Mary L. Elgelbrecht and others. No opinion. Motion to dismiss appeal denied. See 61 N. Y. Supp. 952.

SQUILANTI, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. February 23, 1900.) Action by Pasquale Squilanti, by his guardian ad litem, against the Metropolitan Street-Railway Company. From a judgment of the general term of the city court of New York (60 N. Y. Supp. 995), affirming a judgment in favor of plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. M. P. O'Connor, for respondent.
PER CURIAM. Judgment affirmed, with costs.

SQUIRE, Plaintiff, v. GREENE et al., Defendants. (Supreme Court. Appellate Division, Second Department. January 23, 1900.) Action by Pauline W. Squire against Ella V. Greene and Maria S. Dunkin, impleaded. No opinion. Application to resettle order denied. See 52 N. Y. Supp. 1013; 62 N. Y. Supp. 48.

STAFFORD, Respondent, v. STAFFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 6, 1900.) Action by Delia W. Stafford against Jennie K. Stafford. No opinion. Order affirmed, with $10 costs and disbursements.

STAHL et al., Respondents, v. SEIDENBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Bernhard Stahl and another against Seidenberg & Co. A. Knauth, for appellants. M. S. Wise, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

STAPLETON, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Joseph A. Stapleton, an infant, against the Metropolitan Street-Railway Company. C. F. Brown, for appellant. W. N. Taylor, for respondent. No opinion. Judgment and order affirmed, with costs. See 61 N. Y. Supp. 1149.

STEHLE et al., Appellants, v. KLEMP et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 23, 1900.) Action by Joseph Stehle and another against Theodore Klemp and another. No opinion. Judgment of the municipal court reversed, on argument, and new trial ordered; costs to abide the event.

STERN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by Joseph Stern against the Metropolitan Street-Railway Company. O. Horwitz, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.

STEWART v. RUSSELL et al. (Supreme Court, Appellate Divison, First Department. January 19, 1900.) Action by Alexander Stewart against Horace Russell and others. No opinion. Motion granted, with $10 costs.

STONE, Appellant, v. HOLLANDER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by J. Frank Stone against Adolph Hollander and others. C. W. Hartridge, for appellant. A. B. Jaworower, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re STURGIS. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Judicial settlement of Thomas Sturgis, surviving trustee of the estate of Catherine Sturgis, deceased. From a surrogate's decree declaring invalid the trust created by the will for the benefit of the poor of the east parish of the town of Barnstable, Mass. (59 N. Y. Supp. 783), the selectmen of the town of Barnstable appeal. Affirmed. C. C. Burlingham, for appellant. James McKeen and John Notman, for respondent.
PER CURIAM. The decree appealed from should be affirmed, with costs, on the opinion of the surrogate.
INGRAHAM, J. I am unable to agree in the affirmance of this decree. The testatrix, by her will, bequeathed to the selectmen or other municipal authorities of the east parish "of my native town, Barnstable, in the county of Barnstable and state of Massachusetts, and their successors forever, by what name soever such municipal authorities may at any time be known, the said sum of $6,000, after the death of my said sister, Esther Frances, in trust, nevertheless, that the said selectmen or other municipal authorities shall keep the same on deposit with the said Massachusetts Hospital Insurance Company, and shall appropriate the annual interest, income, or profits thereof, in sums of not less than ten nor more than fifty dollars to any one person in any one year, in the discretion of the said selectmen or other municipal authorities, so to do the most possible good for the relief and benefit of respectable persons in reduced circumstances, of either sex, in the said east parish of said town of Barnstable." The learned surrogate held that this clause was void, and that the property therein attempted to be disposed of passed to